# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE THOMAS J. WHELAN)

| UNITED STATES OF AMERICA, | Criminal Case No. 18CR2682-W |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| TINA OLUFEMI, | |
| Defendant. | |

**FOR GOOD CAUSE**, the parties' joint motion for a continuance of the Motions Hearing is hereby GRANTED. The Motions Hearing is continued to November 19, 2018, at 9:00 a.m.

Time is excluded in the interest of justice.

**IT IS SO ORDERED.**

Dated: 10/11/18

**THOMAS J. WHELAN**
United States District Judge