DANIEL CASILLAS, ESQ., SBN 110298
Attorney at Law
101 West Broadway, Suite 1950
San Diego, California 92101
Tel: (619) 237-3777
Fax: (619) 238-9914
Email: dcesq@1950.sdcoxmail.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TINA OLUFEMI,<br><br>Defendant. | Criminal Case No. 18CR2682-W<br><br>**JOINT MOTION TO CONTINUE HEARING DATE** |

THE PARTIES, the Plaintiff, United States of America, by and through its counsel, Adam L. Braverman, United States Attorney, and Jonathan Shapiro, Assistant United States Attorney, for the Southern District of California, and the defendant, TINA OLUFEMI, by and through her counsel, Daniel Casillas, jointly move to continue the Hearing in this case from November 19, 2018, to January 14, 2018, at 9:00 a.m.

This joint motion for continuance is made necessary by the fact that defense counsel for Ms. Olufemi needs additional time to review discovery with client since she is a native Yoruba speaker and requires an interpreter to review the discovery in this matter and to clearly communicate with counsel. Counsel has arranged for the

services of a Yoruba interpreter but review of the discovery is a slow process due to the language barrier and use of the interpreter.

At present, Motions have been filed and are pending. The parties agree that time should be excluded in the interest of justice and for these reasons it is respectfully requested that the court grant the parties joint request for this continuance.

Ms. Olufemi is presently out of custody on bond and will file an Acknowledgment of Next Court Date promptly.

Dated: November 14, 2018                                    Dated: November 14, 2018


*s/ Jonathan Shapiro*                                                *s/ Daniel Casillas*
JONATHAN SHAPIRO                                          DANIEL CASILLAS
Assistant United States Attorney                          Attorney for Defendant