DANIEL CASILLAS, ESQ., SBN 110298
Attorney at Law
101 West Broadway, Suite 1950
San Diego, California 92101
Tel: (619) 237-3777
Fax: (619) 238-9914
Email: dcesq@1950.sdcoxmail.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 18CR2682-W |
| Plaintiff, | |
| vs. | **MOTION TO EXPAND TRAVEL CONDITIONS** |
| TINA OLUFEMI, | |
| Defendant. | |

COMES NOW, defendant, TINA OLUFEMI, by and through her counsel, Daniel Casillas, moves to enlarge the travel restrictions on defendant's bond in the above entitled case to permit her to travel to Dallas, Texas to visit with her boyfriend.

Defendant will be traveling to Dallas, Texas, January 26, 2019 to February 16, 2019. This matter will require a twenty-two day travel to and from Dallas, Texas.

Mr. Francis A. Alaba is defendant's sureties on the bond and approves this travel modification.

Defense counsel has been in contact with Ms. Olufemi's pretrial officer Eva Arevalo and she has indicated that she has no objection to this request.

Defense counsel has also been in contact with the Assistant United States Attorney Jonathan Shapiro on this matter and he does not object to this modification.

1 |     Ms. Olufemi is now requesting to enlarge the travel restrictions on her bond to
2 | permit her to travel to Dallas, Texas on January 26, 2019, through February 16, 2019,
3 | to take a vacation and visit with her boyfriend.
4 |     All other terms and conditions of the pretrial bond are to remain in full force
5 | and effect.
6 | Dated:   January 3, 2019

                          *s/Daniel Casillas*
                          DANIEL CASILLAS
                          Attorney for Defendant

DANIEL CASILLAS, ESQ., SBN 110298
Attorney at Law
101 West Broadway, Suite 1950
San Diego, California 92101
Tel: (619) 237-3777
Fax: (619) 238-9914
Email: dcesq@1950.sdcoxmail.com

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TINA OLUFEMI,<br><br>　　　　　　　Defendant. | Criminal Case No. 18CR2682-W<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, declare: That I am over eighteen years of age, a resident the County of San Diego, State of California, and I am not a party in the within action; That my business address is: 101 West Broadway, Suite 1950, San Diego, CA 92101.

   That I caused to be served the within **MOTION TO EXPAND TRAVEL CONDITIONS**, on the Untied States Attorney's Office, by e-filing the document with the Office of the Clerk of the United States District Court for the Southern District of California.

   I certify that the foregoing is true and correct. Executed on January 9, 2019, at San Diego, California.

　　　　　　　　　　　　　　　　　　　　　 *s/ Daniel Casillas*
　　　　　　　　　　　　　　　　　　　　　DANIEL CASILLAS
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　TINA OLUFEMI