

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 18CR2682-W |
| Plaintiff, | **ORDER** |
| vs. | |
| TINA OLUFEMI, | |
| Defendant. | |

**FOR GOOD CAUSE**, the defendant's unopposed motion to enlarge the travel restrictions on defendant's bond in the above entitled case to permit her to travel to Dallas, Texas, between April 13 and April 17, 2019, is hereby GRANTED.

**SO ORDERED.**

DATED: 4-9-2019

**RUBEN B. BROOKS**
United States Magistrate Judge