**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>Tina Kemi OLUFEMI,<br>     aka Fatima Abubakarr,<br><br>              Defendant. | Case No.: 18cr2682-W<br><br><u>I N F O R M A T I O N</u><br>**SUPERSEDING**<br>Title 18, U.S.C., Section 1546(a) -  Fraud and Misuse of Entry Document (Felony) |

The Acting United States Attorney charges:

COUNT 1

On or about November 29, 2013, within the Southern District of California, defendant Tina Kemi OLUFEMI, aka Fatima Abubakarr, did knowingly present to the Department of Justice, Executive Office for Immigration Review, a Form I-589, Application for Asylum and for Withholding of Removal, which is an application required under United States immigration laws and regulations prescribed thereunder, and said application contained a material statement made under penalty of perjury, to wit, that OLUFEMI had never applied to the United States for refugee status, when in truth and in fact defendant OLUFEMI, knew then and there that she had previously applied to the United States for refugee status in 2012, in violation of Title 18, United States Code, Section 1546(a).

DATED: September 22, 2021

                                        RANDY S. GROSSMAN
                                        Acting United States Attorney

                                        *Jonathan J. Shapiro*
                                        JONATHAN I. SHAPIRO
                                        Assistant U.S. Attorney

tdc:9/22/2021