# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 18CR2682-W |
| Plaintiff, | |
| V. | ORDER |
| TINA KEMI OLUFEMI, | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count 1 of the Superseding Information.

Dated: 10/18/2021

Hon. Thomas J. Whelan
United States District Judge

18CR2682-W